# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jon Cohen, et al.

                            Plaintiff,

v.                                             Case No.: 1:20−cv−02809
                                                    Honorable Mary M. Rowland

Wink Labs, Inc., et al.

                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 7, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the initial status report. Plaintiffs' motion for default under Rule 55(a) is due 1/8/21. Telephonic status hearing set for 12/11/20 is stricken. Mailed notice. (dm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.