## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JON COHEN, CHRISTOPHER TRAN, and BENJAMIN WALTER, on behalf of themselves and others similarly situated, | |
| | Case No. 20-cv-2809 |
| Plaintiffs, | Judge Mary M. Rowland |
| v. | |
| WINK LABS, INC., and I.AM.PLUS Electronics Inc., | |
| Defendants. | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This Court, having considered Plaintiffs' motion for default judgment, and for good cause shown, hereby GRANTS the motion and orders:

1. The Clerk of Court shall enter default judgment in favor of Plaintiffs and against Wink Labs, Inc. and I.AM.PLUS Electronics Inc.

2. Jon Cohen is awarded $149.98 in actual damages, and $1,123 in additional consequential damages, totaling $1,272.98 in combined damages.

3. Christopher Tran is awarded $136.98 in actual damages, and $761.56 in additional consequential and incidental damages, totaling $898.54 in combined damages.

4. Benjamin Walter is awarded $199.96 in actual damages, and $539.92 in additional consequential and incidental damages, totaling $739.88 in combined damages.

5. Plaintiffs are awarded $35,390.00 in attorneys' fees and $521.10 in litigation costs and expenses.

6.  Plaintiffs are entitled to post-judgment interest pursuant to 28 U.S.C. §
    1961(a).

E N T E R:

Dated: March 30, 2021

_____
MARY M. ROWLAND
United States District Judge