# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jon Cohen, Christopher Tran, and
Benjamin Walter,

Plaintiff(s),

v.

Wink Labs, Inc. and
I.AM.PLUS Electronics Inc.,

Defendant(s).

Case No. 20-cv-02809
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Default Judgment is entered in favor of Plaintiffs, Jon Cohen in the amount of $1,272.98 Christopher Tran in the amount of $898.54, and Benjamin Walter in the amount of $739.88 and against defendants, Wink Labs, Inc. and I.AM. PLUS Electronics INC.
Plaintiffs are awarded $35,390.00 in attorneys' fees and $521.10 in costs and expenses.

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for default judgment.

Date: 3/31/2021				Thomas G. Bruton, Clerk of Court

					Dawn A. Moreno, Deputy Clerk